**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

June 4, 2025

Sabrina Gene Cohn
404 101ST AVE SE
APT E25
LAKE STEVENS, WA 98258

Your civil action, ***Cohn v. Monroe DCYF***, was filed in the United States District Court – Western District of Washington on June 2, 2025.

The case has been assigned to District Court Judge Richard A. Jones, case number **2:25–cv–01051–RAJ**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

> **Redaction**
> The Proposed Complaint contains personal identifiers that must be redacted per Federal Rule of Civil Procedure 5.2(a) and Local Rule of Civil Procedure 5.2 and has been sealed. You must refile a **redacted** version of the document. This will not affect your original filing date. Enclosed is the document/pages that need redaction.

> **Filing Fee Not Paid**
> The filing fee requirement must be met by paying the $405.00 filing fee or submitting an Application for In Forma Pauperis (IFP). An IFP form is enclosed for your convenience. The filing fee must be paid, or the IFP Application submitted, by **7/7/2025**.

The deficiencies must be corrected by the listed deadline(s). Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file