UNITED STATES DISTRICT COURT IN AND FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SABRINA GENE COHN<br>RAVEN GENE ROSE COHN-RAATZ,<br><br>  Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE MONREO DCYF,<br>DEREK RAATZ, LAKE STEVEN<br>POLICE, LAKE STEVEN SCHOOL<br>DISTRICT,<br><br>  Defendants. | No. 25-CV-1051<br><br>NOTICE OF APPEARANCE |

TO:   PLAINTIFFS AND ALL COUNSEL OF RECORD

Please take notice that the appearance of Defendant Lake Stevens School District without waiving objections as to improper service, jurisdiction, and venue, or compliance with the Notice of Claim requirements, is hereby entered by Scott I. Jamieson and Patterson Buchanan Fobes & Leitch, Inc., P.S.  Service of all further pleadings, notices, documents, or other papers, exclusive of original process, may be had by serving counsel at the below address:

PATTERSON BUCHANAN FOBES & LEITCH INC., P.S.

NOTICE OF APPEARANCE - 1
 1089495

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

1000 Second Avenue, 30th Floor
Seattle, WA  98104
Phone: (206) 462-6700
Fax: (206) 462-6701
Email:  sij@pattersonbuchanan.com

DATED this 26th day of June, 2025.

                 PATTERSON BUCHANAN
                 FOBES & LEITCH, INC., P.S.

By: */s/ Scott I. Jamieson*
    Scott I. Jamieson, WSBA No. 40553
    1000 Second Avenue, 30th Floor
    Seattle, WA  98104
    Phone: (206) 462-6700
    Fax: (206) 462-6701
    Email:  sij@pattersonbuchanan.com
    Attorney for Defendant Lake Stevens School District

NOTICE OF APPEARANCE - 2
1089495

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

# CERTIFICATE OF SERVICE

I declare that I am employed by Patterson Buchanan Fobes & Leitch, a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date shown below, I caused a true and correct copy of the foregoing document to be served on the person(s) listed below in the manner indicated:

| NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| *Plaintiff*<br>Sabrina Gene Cohn<br>404 – 101st Avenue SE, Unit E-25<br>Lake Stevens, WA 98258 | ■ Electronic Mail: Sabrina.cohn@gmail.com<br>■ CM/ECF system<br>  Legal Messenger Service<br>■ Regular U.S. Mail |
| *Plaintiff*<br>Raven Gene Rose Cohn-Raatz<br>404 – 101st Avenue SE, Unit E-25<br>Lake Stevens, WA 98258 | ■ Electronic Mail: Sabrina.cohn@gmail.com<br>■ CM/ECF system<br>  Legal Messenger Service<br>■ Regular U.S. Mail |
| *Counsel for Defendants*<br>*City of Lake Stevens, Wayne Ackerman, Chad Wells, Michael Hingtgen, Craig Valvick, Crystal Kolomyza and Matthew Walter*<br>Christy M. Palmer<br>KITSAP LAW GROUP<br>3212 NW Byron Street, Suite 101<br>Silverdale, WA 98383 | ■ Electronic Mail:<br>Christy@kitsaplawgroup.com<br>Molly@kitsaplawgroup.com<br>■ CM/ECF system<br>  Legal Messenger Service<br>■ Regular U.S. Mail |

DATED this 26th day of June, 2025 at Seattle, Washington.

  *s/ Tammy W. Peters*
  Tammy W. Peters

NOTICE OF APPEARANCE - 3
1089495

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701